# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| RAMONE ONEAL | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   9/15/2019 and 10/9/2019   in the county of   Washington   in the   District of   Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951<br>18 U.S.C. § 922(g)(1) | did obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, the defendant did unlawfully take and obtain marijuana and drug proceeds from the person of EB, against EB's will by means of actual and threatened force, violence, and fear of injury, immediate and future to EB's person; and knowing he had been convicted of a crime punishable by   (cont'd) |

This criminal complaint is based on these facts:

See Attached Statement of Facts

☑ Continued on the attached sheet.

*Complainant's signature*

RILEY PALMERTREE, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/09/2019

*Judge's signature*

City and state:   Washington, DC     DEBORAH A. ROBINSON, U.S. Magistrate Judge

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| RAMONE ONEAL | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  9/15/2019 and 10/9/2019  in the county of  Washington  in the  District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | imprsonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a handgun and ammunition. |
| 18 U.S.C. § 922(g)(1) | |

(page 2)

This criminal complaint is based on these facts:

See Attached Statement of Facts

☑ Continued on the attached sheet.

*Complainant's signature*

RILEY PALMERTREE, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/09/2019

*Judge's signature*

City and state:  Washington, DC    DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*