**STATEMENT OF FACTS**

I, Riley Palmertree, a Special Agent with the Federal Bureau of Investigation, Washington, D.C. Field Office, Washington, D.C. (hereinafter known as the "affiant") being duly sworn, deposes and states as follows:

**INTRODUCTION**

1. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am currently assigned to the FBI Washington Field Office ("WFO") in Washington, D.C. I work on the Violent Crimes Task Force Squad CR-2, which focuses on the Washington, D.C. metropolitan area. I have investigated violent crimes since approximately October 2017. As part of my duties, I have investigated assaults, bank robberies, carjackings, kidnappings, fugitive cases, firearms offenses, and other crimes of violence.

3. The facts and information contained in this affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the course of this investigation, as well as the observations of other agents and police officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the course of this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint and arrest warrant.

**PROBABLE CAUSE**

September 15, 2019, Armed Robbery

4. On September 15, 2019, at approximately 8:53 PM, members of MPD received a call for sounds of gunshots via ShotSpotter in the area of 4525 Benning Road SE Washington, D.C. MPD canvased the area and recovered five shell casings in the rear alley of 4528 Benning Road SE, Washington, D.C, and the sidewalk across from 4525 Benning Road SE, Washington, D.C. Law enforcement subsequently obtained high resolution video footage from the area shopping center that captured the offense.

5. The video footage shows Suspect 1 (later identified as HENRY KERNEY) and Suspect 2 (later identified as RAMONE ONEAL), robbing Victim 1 (later identified as E.B.). Specifically, video surveillance captures KERNEY and ONEAL standing together. ONEAL waves his hand in the air. E.B. approaches, stands for a moment, and walks with ONEAL under a small walkway under the awning of the Benco Shopping Center, outside of Ken's Beauty. KERNEY joins ONEAL and E.B. ONEAL is then observed counting currency. E.B. then removes a clear plastic bag from a satchel. ONEAL takes the plastic bag, the contents of which are suspected to be marijuana, and places his nose to the opening of the plastic bag. ONEAL then hands the bag containing the suspected marijuana back to E.B.. KERNEY, who is standing approximately two to three feet from ONEAL and E.B., removes a gun from his waistband and holds the gun to E.B.'s head. ONEAL then restrains E.B. by placing E.B. in a chokehold as KERNEY searches E.B.'s pockets. Video surveillance then captures KERNEY and ONEAL picking up items from the ground that were removed from E.B.'s person. KERNEY and ONEAL stow these items in their pockets and waist bands.

6. KERNEY and ONEAL then walk south along Benning Road SE, while E.B. walks north along Benning Road SE. KERNEY then appears to fire a gun in the direction of E.B. E.B. ducks and runs. KERNEY, ONEAL, and E.B. then flee.

7. Five shell casings were subsequently recovered in the area where the shooting had occurred.

8. Your affiant is aware that the Supreme Court has held that "to satisfy the [Hobbs] Act's commerce element, it is enough that a defendant knowingly stole or attempted to steal drugs or drug proceeds, for, as a matter of law, the market for illegal drugs is 'commerce over which the United States has jurisdiction.'" Taylor v. United States, 136 S. Ct. 2074, 2081 (2016). Because the surveillance video shows KERNEY and ONEAL knowingly stealing or attempting to steal drugs or drug proceeds, your affiant believes that their actions satisfy the commerce element.

### September 18, 2019, Assault with a Dangerous Weapon

9. On September 18, 2019, at approximately 9:58 AM, MPD received calls reporting the sounds of gunshots in the 4800 block of Texas Avenue SE Washington, D.C. ShotSpotter alerted to seven rounds on September 18, 2019 at 9:58 AM. Minutes later, E.B. arrived at the fire station located at 50 49th St NE Washington, D.C. (D.C. Fire Department Engine 30) with a gunshot wound. MPD responded to the fire station, at which time E.B. was in an ambulance being transported to Prince George's County Hospital. Law enforcement subsequently obtained high resolution video footage capturing KERNEY, ONEAL, and E.B. in and around the area of the Benco Shopping Center just before the shooting.

10. Specifically, surveillance video showed KERNEY and ONEAL arrive at Benco Shopping Center, 4520 Benning Road SE Washington, D.C., on foot approximately eight minutes before E.B. was shot.

11. KERNEY and ONEAL then run across Benning Road SE to the VALERO service station near the 4800 block of Texas Avenue SE Washington. More specifically, KERNEY appears to enter the VALERO, while ONEAL appears to walk to a tree in the vacant area adjacent to the VALERO at the corner of East Capitol St SE and Texas Ave SE.

12. KERNEY and ONEAL then get into a black NISSAN ALTIMA with a sunroof and heavy tint parked at the VALERO service station. KERNEY is seated in the driver seat and ONEAL is seated in the front passenger seat. The ALTIMA then drives onto Benning Road SE and into the alley adjacent to Benco Shopping Center. KERNEY, with a mask and/or hoodie drawn tight, and ONEAL with a mask pulled over his head, are then seen in surveillance on foot on the opposite end of the alley that runs the length of and along the rear of the Benco Shopping Center (the East Capitol Street end).

13. Simultaneously, E.B. can be observed running across the Benco Shopping Center parking lot and eventually back across Benning Road SE to the vicinity of the VALERO service station. E.B. then disappears into the tree line behind VALERO service station. This tree line looks to be the rear of 4815 Texas Avenue SE Washington, D.C. KERNEY and ONEAL then walk out of frame and are seen approximately one minute later on the same camera removing their masks and running back into the alley that runs the length of and along the rear of the Benco Shopping Center. The ALTIMA is then seen in surveillance video driving west on East Capitol St SE before making a U-turn, driving east on East Capitol St SE, and taking a right onto Benning Road SE. The ALTIMA then turns onto Texas Ave SE. Surveillance captures apparent bystanders flee and birds on a power line take flight. Moments later, the ALTIMA is captured in surveillance exiting Texas Ave SE, taking a right onto Benning Road SE, and driving out of view of the Benco Shopping Center cameras. Surveillance video revealed the ALTIMA to have VA tag UWG7388

affixed to the rear, which is an expired tag that was once registered to KERNEY's father, HENRY BEALE.

14. On September 30, 2019, your affiant observed a black NISSAN ALTIMA with a sunroof and heavy tint consistent with the ALTIMA, but displaying VA tag UMP9372 parked in front of KERNEY's residence. Surveillance stills captured on October 3, 2019, show two individuals with physical traits consistent with KERNEY and ONEAL interacting with the ALTIMA at the Benco Shopping Center.

15. On September 23, 2019, your affiant received the Benco Shopping Center surveillance video that captured the aforementioned September 15, 2019 offense. Based on the high resolution video, MPD was able to make a preliminary identification of Suspect 2 as RAMONE ONEAL. MPD was also able to make a preliminary identification of Suspect 1 as HENRY KERNEY.

16. On October 2, 2019, your affiant contacted W-1 telephonically and advised W-1 that your affiant would be sending an email with various unidentified screen grabs. Your affiant requested that W-1 contact your affiant telephonically after viewing the images. W-1 complied. Your affiant asked W-1 whether IT recognized anyone in the stills. W-1 replied that IT recognized HENRY KERNEY in surveillance stills from September 15, 2019 and that IT was "pretty sure it was him." Regarding a surveillance still from September 18, 2019, IT responded that the individual in the still "had the same body type" as KERNEY. W-1 has known KERNEY since approximately July 2019. W-1 has interacted with KERNEY in person on numerous occasions. W-1 has also visited KERNEY's home.

17. On October 3, 2019, your affiant met with W-2, an individual who has known ONEAL for approximately four months. W-2 was shown video footage from the September 15,

2019, incident and stated that IT recognized Suspect-2 in the video as RAMONE ONEAL. When asked about how confident W-2 was that ONEAL was the person in the video, W-2 stated that IT was "100% certain." W-2 stated that IT interacted with ONEAL multiple times a week and recognized ONEAL by his body and facial features. W-2 was then shown footage from aforementioned September 18, 2019 incident. W-2 reviewed the video and advised that IT was "100% certain" that the individual in a white shirt and green pants was ONEAL. W-2 further advised that it had interacted with ONEAL at ONEAL's home on September 18, 2019 and IT noted that ONEAL was wearing the same clothing in the video as ONEAL was wearing when IT interacted with ONEAL that day. W-2 stated that IT recognized ONEAL based on ONEAL's build and physical appearance.

18. KERNEY and ONEAL have both previously been convicted of offenses punishable by more than one year of imprisonment. Specifically, KERNEY was convicted of Carrying a Pistol Without a License in D.C. Superior Court Case No. 2016 CF2 10772. KERNEY was also convicted of Carrying a Pistol Without a License in D.C. Superior Court Case No. 2017 CF2 1693. ONEAL was convicted of Felony Assault on a Police Officer and Possession of a Firearm During a Crime of Violence (Offense Committed During Release) in D.C. Superior Court Case No. 2014 CF3 3344.

19. Based on my training and experience, KERNEY would have been advised of the maximum statutory penalty for his prior Superior Court convictions during his plea colloquies. ONEAL was sentenced to 60 months of incarceration for his prior conviction and was therefore aware of the statutory penalty for his prior conviction.

Execution of Search Warrants: October 9, 2019

20. On October 9, 2019, law enforcement executed a search warrant at ONEAL's residence in Washington, D.C. During the search, law enforcement recovered a Glock 17, 9mm, serial number BDKK607. The firearm was loaded with five rounds in the magazine and one round in the chamber. The firearm was recovered from a dresser in the bedroom that appeared to be occupied by ONEAL. The firearm and ammunition seized at ONEAL's residence traveled in interstate commerce. ONEAL was present at the residence when law enforcement made entry to execute the search warrant.

21. On October 9, 2019, law enforcement executed a search warrant at KERNEY's residence in Greenbelt, MD. During the search, law enforcement recovered a Glock 23, serial number AAKT660, 40 caliber firearm. The firearm was loaded with 7 rounds in the magazine and one round in the chamber. The firearm was recovered from a closet in the hallway outside of KERNEY's bedroom. The firearm and ammunition seized at KERNEY's residence traveled in interstate commerce. KERNEY was present at the residence when law enforcement made entry to execute the search warrant.

22. Your affiant is aware that no firearms or ammunition are manufactured in the District of Columbia; accordingly, the firearms described above that were possessed in the District of Columbia necessarily traveled in interstate commerce.

23. Based on the above listed information, it is your Affiant's belief that there is probable cause RAMONE ONEAL and HENRY KERNEY did violate 18 U.S.C. § 1951(a) (Interference with Interstate Commerce) and 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
RILEY PALMERTREE, Special Agent
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF OCTOBER, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA